THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PFS INVESTMENTS INC., METLIFE INVESTORS USA COMPANY, and METLIFE INSURANCE COMPANY OF CONNECTICUT,<br><br>                  Plaintiffs,<br><br>v.<br><br>CIPRIAN ORTIZ, JR., YOLING ORTIZ, CIPRIAN E. ORTIZ III, and C. O., a minor,<br><br>                  Defendants. | No. 2:13-cv-01159-JCC<br><br>**STIPULATED MOTION TO CONTINUE TRIAL DATE**<br><br>**NOTE ON MOTION CALENDAR: NOVEMBER 12, 2014** |

      Plaintiffs PFS Investments Inc., MetLife Investors USA Company and MetLife Insurance Company of Connecticut and Defendant Ciprian Ortiz, Jr. (the "Parties") jointly move the Court for an order continuing the trial date in this matter from November 17, 2014 to a date on or before December 8th due to counsel's scheduling conflicts.

      This is an interpleader action set for a bench trial on Plaintiffs' interpleader claim. Under the current case schedule, trial is set for November 17, 2014. Defendant Ortiz has a prescheduled Crisis Intervention Team (CIT) training through his job as a Marshal in Seattle Municipal Court scheduled for the 17th, this training is important because of recent incidents

**LAW OFFICES OF LOUIS G. HUNTER**
9454 Renton Ave S
Seattle, WA 98118
Phone: (206) 604-2699
Fax: (206) 556-2124
Email: Hunter.louis@gmail.com

1  in the courthouse that have placed staff at risk.  Defense Counsel was unaware of this when I
2  scheduled the hearing and the mistake is mine.  The Parties have agreed to a short continuance
3  of the trial date that accommodates counsel's scheduling conflicts.  The Parties therefore
4  request that the Court reschedule the trial date to on or before December 8, 2014 at 9:30 a.m.
5  This request is for the bench trial only and is not intended to affect the motions noted for
6  November 17th 2014.

RESPECTFULLY SUBMITTED this 12th day of November, 2014.

| LAW OFFICES OF LOUIS G. HUNTER L.L.P. | CORR CRONIN MICHELSON BAUMGARDNER & PREECE LLP |
|---|---|
| *s/ Louis G. Hunter* | *s/ Steven W. Fogg* |
| Louis G. Hunter, WSBA No. 43818 | Steven W. Fogg, WSBA No. 23528 |
| 605 Thomas Street | Todd T. Williams, WSBA No. 45032 |
| Seattle, Washington 98109 | 1001 Fourth Avenue, Suite 3900 |
| Tel:    (206) 669-9069 | Seattle, Washington 98154-1051 |
| Fax:   (206) 728-9305 | Tel:    (206) 625-8600 |
| Email:  hunter.louis@gmail.com | Fax:   (206) 625-0900 |
| *Attorneys for Defendant Ciprian Ortiz Jr.* | Email:  sfogg@corrcronin.com |
|  | twilliams@corrcronin.com |
|  | *Attorneys for Plaintiffs* |

STIPULATED MOTION TO CONTINUE
TRIAL DATE – Page 2
No. 2:13-cv-01159-JCC

**LAW OFFICES OF LOUIS G. HUNTER**
9454 Renton Ave S
Seattle, WA  98118
Phone: (206) 604-2699
Fax: (206) 556-2124
Email: Hunter.louis@gmail.com

# CERTIFICATE OF SERVICE

I hereby certify that on November 17th 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Steven W. Fogg, WSBA 23528
CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel:   (206) 625-8600
Fax:   (206) 625-0900
Email:  sfogg@corrcronin.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

N/A

DATED this 11th day of Novermber, 2014.

*s/ Louis Hunter*

Louis G. Hunter
LAW OFFICES OF LOUIS G. HUNTER L.L.P.
9454 Renton Ave S.
Seattle, WA 98118
hunter.louis@gmail.com
*Attorneys for Defendant Ciprian Ortiz Jr.*

STIPULATED MOTION TO CONTINUE
TRIAL DATE – Page 3
No. 2:13-cv-01159-JCC

LAW OFFICES OF LOUIS G. HUNTER
9454 Renton Ave S
Seattle, WA 98118
Phone: (206) 604-2699
Fax: (206) 556-2124
Email: Hunter.louis@gmail.com